| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* SACR01-00186-AHS |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR09-305-JLR |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Thomas Murphy<br>8807 N.E. Spirit Hawk Lane<br>Indianola, WA 98342 | Central California | Santa Ana |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Alicemarie Stotler | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 7/24/09 — TO 7/23/2014 |

OFFENSE

21 USC 846: Conspiracy to Distribute a Controlled Substance

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___CENTRAL___ DISTRICT OF ___CALIFORNIA___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Western District of Washington___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

SEP - 1 2009
_____
Date

_____
United States District Judge
ALICEMARIE H. STOTLER

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Western___ DISTRICT OF ___Washington___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Sept 14, 2009
_____
Effective Date

_____
United States District Judge